**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
CECILE FOY GSANGER



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

August 21, 2015

Marvin Waddleton
TDCJ# 1355746
McConnell Unit TDCJ
3001 S. Emily Dr.
Beeville, TX 78102

Hon. Ariel Wiley
Assistant Attorney General
P.O. Box 12548, Capitol Station
Austin, TX 78711-2548
* DELIVERED VIA E-MAIL *

Re:      Cause No. 13-13-00512-CV
Tr.Ct.No.  B-13-1159-CV-B
Style:    MARVIN WADDLETON, TDCJ NO. 1355746 v. TDCJ, ET AL.


Appellant's motions for rehearing and motion for rehearing en banc reconsideration in the above cause were this day DENIED by this Court.


Very truly yours,

Cecile Foy Gsanger, Clerk

CFG:ch